**Opinion issued October 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00117-CV

———————————

## IN RE ROVER PIPELINE LLC, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator Rover Pipeline LLC ("Rover") filed a petition for writ of mandamus,

seeking an order directing the trial court to (1) vacate its order dismissing a portion

of Rover's claims against Real Party in Interest Chapman Corporation

("Chapman") and (2) deny Chapman's motion to dismiss in its entirety.[1]

---

[1]   The underlying case is *Rover Pipeline, LLC v. Chapman Corporation*, cause number 2017-56739, pending in the 189th District Court of Harris County, Texas, the Honorable Bill Burke presiding.

We deny the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.